1100

No. 1039, Misc. NEWFIELD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1040, Misc. HORN *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 1041, Misc. WALLER *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Michael F. Dillon* for respondent.

No. 1042, Misc. TANKSLEY *v.* BOWMAN, U. S. DISTRICT JUDGE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 1043, Misc. SHARP *v.* KANSAS ET AL. Sup. Ct. Kan. Certiorari denied.

No. 1046, Misc. BANKSTON *v.* PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 1050, Misc. CHASTAIN *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 1056, Misc. NETTLES *v.* ILLINOIS. Cir. Ct., Iroquois County, Ill. Certiorari denied.

No. 1057, Misc. THERIAULT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1059, Misc. COOK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Robert E. Pembleton* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.